# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| DAVID MORRIS, | : | |
| Plaintiff, | : | |
| vs. | : | Civil Action No. 20-00126-KD-B |
| SOUTHERN INTERMODAL XPRESS, LLC, | : | |
| | : | |
| Defendant. | | |

## ORDER

After due and proper consideration of the issues raised, and a *de novo* determination of those portions of the recommendation to which objection is made, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated June 9, 2020 (doc. 8) is **ADOPTED** as the opinion of this Court.

Accordingly, Plaintiff **Morris shall file and serve an amended complaint** that conforms to the pleading standard outlined in the Report and Recommendation. Morris shall file his amended complaint on or before **August 6, 2020**. Defendant Southern Intermodal Xpress LLC shall file its **answer or other response** on or before **August 21, 2020**.

The Clerk is directed to mail a copy of this Order and a copy of the Court's Pro Se Litigant Handbook (revised July 1, 2020) to Morris at his address of record.

**DONE** this 6th day of July 2020.

s/ Kristi K. DuBose
KRISTI K. DuBOSE
CHIEF UNITED STATES DISTRICT JUDGE